# In the United States Court of Federal Claims

ROBERT W. and MARGARET E.
ALEXANDER, *et al.*,

         Plaintiffs,

         v.

THE UNITED STATES,

         Defendant.

No. 18-cv-04371

Filed: March 15, 2021

## ORDER

For good cause shown, the parties' joint request (ECF No. 34) to file a Joint Status Report by April 21, 2021, is **GRANTED**. The Joint Status Report shall include a schedule for future proceedings, including a proposed briefing schedule for any summary judgment motions, and detail progress made toward effecting settlement regarding threshold title issues.

IT IS SO ORDERED.

                    s/ Eleni M. Roumel
                    ELENI M. ROUMEL
                          Judge